606

Before BECK, WATKINS and HOFFMAN, JJ.

Order affirmed.

460 A.2d 852

Commonwealth v. Thomas, Appellant.

Before BROSKY, McEWEN and WATKINS, JJ.

Order affirmed.

460 A.2d 853

Commonwealth v. Volpone, Appellant.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Order affirmed.

460 A.2d 853

Commonwealth v. Whitner, Appellant.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

460 A.2d 853

Commonwealth v. Williams, Appellant.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.